**F I L E D**
CLERK, U.S. DISTRICT COURT

AUG 14 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>JASVEEN SANGHA,<br>  aka "the Ketamine Queen," and<br>SALVADOR PLASENCIA,<br>  aka "Dr. P.,"<br><br>          Defendants. | CR 24-00236(A)-SPG<br><br>F I R S T<br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute Ketamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i): Distribution of Ketamine Resulting in Death; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i): Possession with Intent to Distribute, and Distribution of, Ketamine; 21 U.S.C. § 856: Maintaining a Drug Involved Premises; 18 U.S.C. § 1519: Altering and Falsifying Records Related to a Federal Investigation; 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

[ALL DEFENDANTS]

A.    <u>INTRODUCTORY ALLEGATIONS</u>

At times relevant to this First Superseding Indictment:

1.    Defendant JASVEEN SANGHA, also known as ("aka") the "Ketamine Queen," was a resident of North Hollywood, California, who used her North Hollywood residence (the "SANGHA Stash House") to store, package, and distribute narcotics, including ketamine and methamphetamine.

2.    Defendant SALVADOR PLASENCIA, aka "Dr. P.," and Co-Conspirator Mark Chavez were medical doctors licensed to practice in the State of California.  Defendant PLASENCIA and Co-Conspirator Chavez had previously applied for and obtained authorization from the Drug Enforcement Administration ("DEA") to dispense, administer, and prescribe narcotics and other controlled substances, so long as such prescriptions were for a legitimate medical purpose.

3.    Ketamine was a Schedule III controlled substance that was FDA-approved for induction and maintenance of general anesthesia during surgical procedures.  Due to the medical risks associated with ketamine, it was widely accepted in the medical community that a health care professional was required to monitor a patient who had just been given ketamine.  While monitoring a patient who had been administered ketamine, it was necessary for the health care professional to have access to certain lifesaving equipment, including a defibrillator, a supply of supplemental oxygen, equipment to monitor the patient's heart rate and breathing, and medication to ensure patient safety.

2

4.    Defendant SANGHA similarly knew that the unsupervised and improper use of ketamine can be deadly.  As alleged in Count Three, on August 26, 2019, defendant SANGHA sold ketamine to a customer, namely, Victim C.M., who died of a drug overdose within a day of the drug deal.  As a result, a family member of Victim C.M. informed defendant SANGHA of the death in a text message, stating: "The ketamine you sold my brother killed him.  It's listed as the cause of death."  Within days of receiving this text, defendant SANGHA confirmed that ketamine can kill by conducting a Google search for "can ketamine be listed as a cause of death[?]"

5.    Co-Conspirator Kenneth Iwamasa was a resident of Los Angeles County and employed as the live-in personal assistant to Victim M.P.  Co-Conspirator Iwamasa had never received medical training and knew little, if anything, about administering and/or treating patients with controlled substances, as defendant PLASENCIA well knew.

6.    Co-Conspirator Erik Fleming was an acquaintance of Victim M.P. and a resident of Hawthorne, California.

7.    Defendant PLASENCIA, Co-Conspirator Iwamasa, Co-Conspirator Fleming, and Co-Conspirator Chavez were aware that Victim M.P. had a history of drug abuse and addiction, and that Victim M.P. had sought on multiple occasions assistance to treat his drug addiction and to maintain his sobriety.

B.    OBJECT OF THE CONSPIRACY

Beginning on a date unknown and continuing until at least on or about October 30, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendants PLASENCIA and SANGHA conspired with Co-Conspirators Iwamasa, Fleming, and Chavez,

3

1  and others known and unknown to the Grand Jury, to knowingly and

2  intentionally distribute ketamine, a Schedule III controlled

3  substance, in violation of Title 21, United States Code, Sections

4  841(a)(1), 841(b)(1)(E)(i).

5  C.    MANNER AND MEANS OF THE CONSPIRACY

6        The object of the conspiracy was to be accomplished, in

7  substance, as follows:

8        1.    Co-Conspirator Iwamasa would communicate with other co-

9  conspirators, including defendant PLASENCIA and Co-Conspirator

10 Fleming, about purchasing ketamine to distribute to Victim M.P.

11       2.    The co-conspirators would use encrypted messaging

12 applications and coded language to discuss drug deals, including

13 referring to bottles of ketamine as "Dr. Pepper," "cans," and "bots."

14       3.    After discussing ketamine orders with Co-Conspirator

15 Iwamasa, Co-Conspirator Fleming and defendant PLASENCIA would

16 communicate with their ketamine sources of supply, including

17 defendant SANGHA and Co-Conspirator Chavez, respectively, about

18 inventory, price, and availability of ketamine to sell to Co-

19 Conspirator Iwamasa and Victim M.P.

20       4.    Defendant SANGHA would operate and maintain the SANGHA

21 Stash House in North Hollywood, California, which defendant SANGHA

22 would use to store, package, and distribute narcotics, including

23 providing ketamine to Co-Conspirator Fleming so that Co-Conspirator

24 Fleming could sell it to Victim M.P.

25       5.    Co-Conspirator Iwamasa would meet with co-conspirators,

26 including defendant PLASENCIA and Co-Conspirator Fleming, to purchase

27 ketamine for Victim M.P.

28

6.    Defendant PLASENCIA would distribute ketamine to Co-Conspirator Iwamasa and Victim M.P. outside the usual course of professional practice and without a legitimate medical purpose, including by teaching Co-Conspirator Iwamasa how to inject Victim M.P. with ketamine, selling ketamine to Co-Conspirator Iwamasa to inject into Victim M.P., injecting ketamine into Victim M.P. without the proper safety equipment, and failing to properly monitor Victim M.P. after defendant PLASENCIA injected Victim M.P. with ketamine.

7.    Using the instructions and syringes provided by defendant PLASENCIA, Co-Conspirator Iwamasa would inject Victim M.P. with the ketamine that was sold to Co-Conspirator Iwamasa by defendant PLASENCIA, Co-Conspirator Fleming, and defendant SANGHA.

8.    On October 28, 2023, using syringes provided by defendant PLASENCIA, Co-Conspirator Iwamasa injected Victim M.P. with multiple doses of the ketamine he received from Co-Conspirator Fleming and defendant SANGHA, resulting in the death and serious bodily injury of Victim M.P.

D.    OVERT ACTS

On or about the following dates, in furtherance of the conspiracy and to accomplish its object, defendants PLASENCIA and SANGHA, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

//

//

## Defendant PLASENCIA and Co-Conspirator Chavez Conspire to Sell Ketamine to Victim M.P.

<u>Overt Act No. 1:</u>   On September 30, 2023, after learning that Victim M.P. was interested in obtaining ketamine, defendant PLASENCIA contacted Co-Conspirator Chavez about purchasing ketamine so that he could sell the ketamine to Victim M.P.

<u>Overt Act No. 2:</u>   On September 30, 2023, in text messages with Co-Conspirator Chavez, defendant PLASENCIA discussed how much to charge Victim M.P. for ketamine, stating: "I wonder how much this moron will pay" and "Lets find out."

<u>Overt Act No. 3:</u>   On September 30, 2023, Co-Conspirator Chavez confirmed he was willing to sell ketamine to defendant PLASENCIA and then sent a photograph of ketamine lozenges that Co-Conspirator Chavez had previously obtained by writing a fraudulent prescription in the name of V.B. without V.B.'s knowledge or consent (the "Fraudulent V.B. Prescription").



Overt Act No. 4:   On September 30, 2023, in text messages, Co-Conspirator Chavez and defendant PLASENCIA arranged to meet in Costa Mesa, California, so that defendant PLASENCIA could obtain liquid ketamine and the Fraudulent V.B. Prescription from Co-Conspirator Chavez.

Overt Act No. 5:   On September 30, 2023, Co-Conspirator Chavez met with defendant PLASENCIA in or around Costa Mesa, California, within the Central District of California, and sold defendant PLASENCIA at least four vials of liquid ketamine, ketamine lozenges from the Fraudulent V.B. Prescription, gloves, and syringes.

**Defendant PLASENCIA Leaves Ketamine with Co-Conspirator Iwamasa and Teaches Co-Conspirator Iwamasa How to Inject Ketamine**

Overt Act No. 6:   On September 30, 2023, in text messages to Victim M.P., defendant PLASENCIA confirmed he planned to leave vials of ketamine with Victim M.P. for self-administration, stating: "I will give you first dose if you would like and leave supplies with you."

Overt Act No. 7:   On September 30, 2023, after injecting Victim M.P. with ketamine at Victim M.P.'s residence in the Central District of California, defendant PLASENCIA gave instructions to Co-Conspirator Iwamasa about how to inject ketamine and left ketamine and syringes with Co-Conspirator Iwamasa so that Co-Conspirator Iwamasa could administer ketamine to Victim M.P.

Overt Act No. 8:   On September 30, 2023, Co-Conspirator Iwamasa paid defendant PLASENCIA approximately $4,500 in cash for the ketamine referenced in Overt Act No. 7.

Overt Act No. 9:   On September 30, 2023, defendant PLASENCIA sent text messages to Co-Conspirator Chavez describing the meeting

with Victim M.P., stating it was "like a bad movie" and confirming that defendant PLASENCIA would send Co-Conspirator Chavez payment soon.

**In Early October 2023, Defendant PLASENCIA Sells Additional Ketamine to Co-Conspirator Iwamasa**

Overt Act No. 10:    On October 2, 2023, Co-Conspirator Iwamasa sent defendant PLASENCIA a text message in coded language, stating that Co-Conspirator Iwamasa wanted to purchase vials of ketamine and not injection sessions: "Want to end up with 8 bottles of dr pepper, not just 8 sessions."

Overt Act No. 11:    On October 2, 2023, in response to the text message described in Overt Act No. 10, defendant PLASENCIA confirmed he "[u]nderstood."

Overt Act No. 12:    On October 2, 2023, ahead of a planned meeting between defendant PLASENCIA and Victim M.P., defendant PLASENCIA told Co-Conspirator Chavez, "[i]f today goes well we may have repeat business."

Overt Act No. 13:    On October 2, 2023, in text messages to defendant PLASENCIA, Co-Conspirator Chavez discussed selling ketamine to Victim M.P., stating: "[y]ou should sell him the troches," referring to the Fraudulent V.B. Prescription.

Overt Act No. 14:    On October 2, 2023, defendant PLASENCIA traveled to Victim M.P.'s residence to inject him with ketamine and sell additional ketamine, including ketamine lozenges (i.e., the Fraudulent V.B. Prescription).

Overt Act No. 15:    On October 2, 2023, in text messages, defendant PLASENCIA updated Co-Conspirator Chavez about his visit to Victim M.P.'s residence, including stating he intended to administer

360 milligrams of ketamine to Victim M.P. over the span of approximately an hour.

Overt Act No. 16:   On October 2, 2023, defendant PLASENCIA injected Victim M.P. with ketamine, and sold Co-Conspirator Iwamasa liquid ketamine and ketamine lozenges from the Fraudulent V.B. Prescription in exchange for cash.

Overt Act No. 17:   On October 2, 2023, in text messages with Co-Conspirator Chavez, defendant PLASENCIA discussed needing additional ketamine to sell to Victim M.P.

Overt Act No. 18:   On October 2, 2023, to obtain more ketamine to sell to Victim M.P., Co-Conspirator Chavez placed an order for 10 vials of ketamine from a wholesale distributor of controlled substances ("Wholesale Ketamine Distributor 1").

Overt Act No. 19:   On October 2, 2023, Co-Conspirator Chavez submitted a License Authorization Form to a different wholesale distributor of controlled substances ("Wholesale Ketamine Distributor 2") for the purpose of obtaining additional ketamine to sell to Victim M.P.  Among other things, the License Authorization Form contained false statements, including that the ketamine "will not be sold to a third party, distributed or used for any other purpose."

Overt Act No. 20:   On October 4, 2023, in text messages using coded language, Co-Conspirator Iwamasa told defendant PLASENCIA he needed to purchase additional bottles of ketamine, stating: "I will need to get more cans of dr pepper from you today, I can come to you to make it convenient."

Overt Act No. 21:   On October 4, 2023, Co-Conspirator Iwamasa told defendant PLASENCIA that he had successfully injected Victim

M.P. with ketamine, noting: "[f]ound the sweet spot but trying different places led to running out" of ketamine.

Overt Act No. 22:  On October 4, 2023, in response to the text message referenced in Overt Act No. 21, defendant PLASENCIA advised he could deliver more ketamine to Co-Conspirator Iwamasa and said, "I have ideas on how to get consistent results."

Overt Act No. 23:  On October 4, 2023, in response to Co-Conspirator Iwamasa's text messages requesting to purchase ketamine "now," defendant PLASENCIA stated he was "currently retrieving 4 bottles" from his source, referring to Co-Conspirator Chavez.

Overt Act No. 24:  On October 4, 2023, defendant PLASENCIA traveled to Irvine, California, to purchase eight vials of liquid ketamine from defendant CHAVEZ.

Overt Act No. 25:  On October 4, 2023, defendant PLASENCIA injected Victim M.P. with ketamine and sold multiple vials of ketamine to Co-Conspirator Iwamasa.

Overt Act No. 26:  On October 4, 2023, in text messages to Co-Conspirator Chavez, defendant PLASENCIA asked whether Co-Conspirator Chavez was having: "any trouble finding more ketamine . . .  in case this continues with this guy," noting "I think [we] would be best served not having him look elsewhere" because defendant PLASENCIA wanted to "[b]e his go to."

Overt Act No. 27:  On October 4, 2023, Co-Conspirator Chavez sent a text message to defendant PLASENCIA stating he was "working on getting more" ketamine.

Overt Act No. 28:  On October 4, 2023, to obtain more ketamine to sell to Victim M.P., Co-Conspirator Chavez submitted an order for 10 vials of ketamine to Wholesale Ketamine Distributor 2.

Overt Act No. 29:    On October 4, 2023, to obtain more ketamine to sell to Victim M.P., Co-Conspirator Chavez completed a "Know Your Customer" DEA Questionnaire and submitted it to Wholesale Ketamine Distributor 1, knowing the document contained materially false statements, including Co-Conspirator Chavez responding "No" to the question, "Do you sell any products to other []practitioners?"

Overt Act No. 30:    On October 6, 2023, in response to Co-Conspirator Iwamasa advising defendant PLASENCIA that he needed more ketamine because he only had "1 left," defendant PLASENCIA traveled to Victim M.P.'s residence and sold one or more vials of ketamine to Co-Conspirator Iwamasa in exchange for cash.

**Defendant PLASENCIA Sells Ketamine to Co-Conspirator Iwamasa at 12:30 a.m. on a Public Street in Santa Monica, California**

Overt Act No. 31:    On October 7, 2023, Co-Conspirator Iwamasa sent text messages to defendant PLASENCIA seeking more ketamine and asked if he could pay with "something besides cash" because "[i]ts hard to get to the bank on the fly with all that's going on which happens so fast now."

Overt Act No. 32:    On October 7, 2023, at approximately 11:29 p.m., and in response to text messages from Co-Conspirator Iwamasa, defendant PLASENCIA confirmed he had two bottles of ketamine to sell and agreed to meet in Santa Monica, California, stating: "Im at third street promenade now … If [y]ou would like to meet now."

Overt Act No. 33:    On October 7, 2023, at approximately 11:47 p.m., Co-Conspirator Iwamasa told defendant PLASENCIA that he sent $3,000 by electronic payment and "im bringing 3 more leaving now."

Overt Act No. 34:    On October 8, 2023, at approximately 12:30 a.m., defendant PLASENCIA met with Co-Conspirator Iwamasa on a street

11

corner in Santa Monica and sold Co-Conspirator Iwamasa ketamine in exchange for $6,000 in cash.

Overt Act No. 35:  On October 9, 2023, after Co-Conspirator Chavez received a ketamine delivery from Wholesale Ketamine Distributor 1, Co-Conspirator Chavez sent a text message to defendant PLASENCIA, stating: "Are we still meeting tomorrow[?] We got the Shipment today.  One box of 10 vials."

Overt Act No. 36:  On October 9, 2023, in response to the text message referenced in Overt Act No. 35, defendant PLASENCIA stated: "Great. Yes. I'm going to probably come to you[] mid day."

**Defendant PLASENCIA Injects Victim M.P. with Ketamine in a Parking Lot in Long Beach, California**

Overt Act No. 37:  On October 10, 2023, defendant PLASENCIA met with Co-Conspirator Chavez in Irvine, California and purchased 10 vials of ketamine which defendant PLASENCIA intended to sell to Victim M.P.

Overt Act No. 38:  On October 10, 2023, in text messages, defendant PLASENCIA and Co-Conspirator Iwamasa agreed to meet in Long Beach, California, so that defendant PLASENCIA could transfer more ketamine to Co-Conspirator Iwamasa.

Overt Act No. 39:  On October 10, 2023, defendant PLASENCIA met Co-Conspirator Iwamasa and Victim M.P. in a public parking lot in Long Beach, California, where defendant PLASENCIA injected Victim M.P. with ketamine while inside of a vehicle.  While there, defendant PLASENCIA also provided additional vials of ketamine to Co-Conspirator Iwamasa in exchange for a partial payment, in cash.

//

**Defendant PLASENCIA Continues to Sell Ketamine to Co-Conspirator Iwamasa and Victim M.P.**

Overt Act No. 40:   On October 12, 2023, in text messages, Co-Conspirator Iwamasa asked to purchase more ketamine from defendant PLASENCIA and noted he would pay defendant PLASENCIA the money he owed for ketamine that defendant PLASENCIA already provided, as referenced in Overt Act No. 39.

Overt Act No. 41:   On October 12, 2023, defendant PLASENCIA traveled to Victim M.P.'s residence in Los Angeles County to sell additional ketamine to Co-Conspirator Iwamasa and Victim M.P., for which Co-Conspirator Iwamasa paid defendant PLASENCIA approximately $21,500 in cash.



Overt Act No. 42:   On October 12, 2023, after defendant PLASENCIA injected Victim M.P. with a large dose of ketamine that caused Victim M.P. to freeze up and his blood pressure to significantly spike, defendant PLASENCIA told Co-Conspirator Iwamasa something to the effect of: "let's not do that again," and

nonetheless left additional vials of ketamine with Co-Conspirator Iwamasa for injecting Victim M.P.

Overt Act No. 43:    On October 13, 2023, in response to a text messages from defendant PLASENCIA asking if Co-Conspirator Chavez would be interested in running a ketamine clinic with him, Co-Conspirator Chavez said: "interesting," and "as long as we are doing things on the up and up we can start ASAP. . . . All done legally without any shady stuff.  Having them come to the clinic will insure this."

Overt Act No. 44:    On October 13, 2023, in response to defendant PLASENCIA's asking "Oh so you dont agree with the method I am currently doing?" Co-Conspirator Chavez stated: "It's not what I think it's what an entity like the California medical board would view it . . . Or the DEA."

Overt Act No. 45:    On October 24, 2023, despite less than a week earlier telling a patient at his clinic that Victim M.P. was too far gone and spiraling in his addiction, defendant PLASENCIA placed an order for 10 vials of ketamine from Wholesale Ketamine Distributor 1 so that defendant PLASENCIA could offer to sell the ketamine to Victim M.P.

Overt Act No. 46:    On October 27, 2023, in text messages, defendant PLASENCIA offered to sell additional ketamine to Co-Conspirator Iwamasa, stating: "I know you mentioned taking a break. I have been stocking up on the meanwhile. I am not sure when you guys plan to resume but in case its when im out of town this weekend I have left supplies with a nurse of mine," and "I can always let her know the plan. I will be back in town Tuesday."

//

1

2   **<u>Defendant SANGHA and Co-Conspirator Fleming Begin Selling Ketamine to</u>**

3   **<u>Co-Conspirator Iwamasa and Victim M.P.</u>**

4   <u>Overt Act No. 47:</u>  On October 10, 2023, Co-Conspirator Iwamasa

5   sent a text message to Co-Conspirator Fleming seeking to purchase

6   ketamine, stating: "How much do you want per bottle and what is the

7   nice tip you want."

8   <u>Overt Act No. 48:</u>  On October 10, 2023, in response to the text

9   message referenced in <u>Overt Act No. 47</u>, Co-Conspirator Fleming

10  stated, "perfect- and ill bring to you" and "Getting price now. I

11  need some upfront to pay when I pick up. And rest when I deliver."

12  <u>Overt Act No. 49:</u>  On October 10, 2023, using the Signal

13  encrypted messaging application, Co-Conspirator Fleming communicated

14  with defendant SANGHA about obtaining ketamine, stating: "Hi Jas.

15  It's Erik . . . Let me know your addy . . . How many vials do u have

16  availability."

17  <u>Overt Act No. 50:</u>  On October 10, 2023, using the Signal

18  encrypted messaging application, Co-Conspirator Fleming and defendant

19  SANGHA communicated about the type and price of the ketamine that

20  defendant SANGHA had available for sale.

21  <u>Overt Act No. 51:</u>  On October 10, 2023, in text messages, Co-

22  Conspirator Fleming told Co-Conspirator Iwamasa that he could obtain

23  vials of ketamine for $300, sent a photograph of ketamine he proposed

24  selling, and requested a $1,000 brokering fee.

25  <u>Overt Act No. 52:</u>  On October 11, 2023, using the Signal

26  encrypted messaging application, defendant SANGHA told Co-Conspirator

27  Fleming that her ketamine was high quality and offered a sample of

28

the drug for Victim M.P. to try, stating: "It's unmarked but it's amazing – he take one and try it and I have more if he likes."

Overt Act No. 53:    On October 11, 2023, Co-Conspirator Fleming sent a screenshot of defendant SANGHA's message referenced in Overt Act No. 52 to Co-Conspirator Iwamasa, stating: "[j]ust got this from my person. She only deal[s] with high end and celebs. If it were not great stuff she'd lose her business."

Overt Act No. 54:    On October 12, 2023, Co-Conspirator Fleming contacted defendant SANGHA to obtain a sample vial of ketamine and advised defendant SANGHA that the ketamine was intended for Victim M.P.

Overt Act No. 55:    On October 12, 2023, after communicating with defendant SANGHA about her ketamine supply, Co-Conspirator Fleming advised Co-Conspirator Iwamasa that his "hook up," that is, defendant SANGHA, "was able to get the kind that is used for intermuscular . . . I guarantee it's going to be amazing" and sent a photograph of unlabeled, unmarked clear glass vials of ketamine to show Co-Conspirator Iwamasa "what they look like."



1

2     <u>Overt Act No. 56:</u>  On October 12, 2023, Co-Conspirator Fleming

3 told Co-Conspirator Iwamasa that he was willing to facilitate the

4 drug deal but needed to make money, stating: "I wouldn't do it if

5 there wasn't a chance of me making some money for doing this."

6     <u>Overt Act No. 57:</u>  On October 13, 2023, Co-Conspirator Fleming

7 drove to the SANGHA Stash House in North Hollywood, California, and

8 purchased a ketamine sample for Victim M.P., which was contained

9 inside an unlabeled, unmarked clear glass vial with a blue cap.

10     <u>Overt Act No. 58:</u>  On October 13, 2023, Co-Conspirator Fleming

11 drove to Victim M.P.'s residence and delivered the sample ketamine

12 vial to Co-Conspirator Iwamasa, knowing that Co-Conspirator Iwamasa

13 would be injecting Victim M.P. with the ketamine.

14 <u>**Defendant SANGHA and Co-Conspirator Fleming Sell 25 Vials of Ketamine**</u>

15 <u>**on October 14, 2023**</u>

16     <u>Overt Act No. 59:</u>  On October 13, 2023, Co-Conspirator Fleming

17 told Co-Conspirator Iwamasa he could obtain how as many vials of

18 ketamine as Co-Conspirator Iwamasa requested, stating: "Let me know

19 how many ... and I'll confirm what she can get. But as of now she

20 said she can fill any order."

21     <u>Overt Act No. 60:</u>  On October 13, 2023, in response to the text

22 messages referenced in <u>Overt Act No. 59</u>, Co-Conspirator Iwamasa told

23 Co-Conspirator Fleming he would purchase "25 vials $5500 @220 +500

24 for you for logistics."

25     <u>Overt Act No. 61:</u>  On October 14, 2023, Co-Conspirator Fleming

26 drove to Victim M.P.'s residence located in Los Angeles County and

27 collected cash from Co-Conspirator Iwamasa.

28

Overt Act No. 62:   On October 14, 2023, Co-Conspirator Fleming drove to the SANGHA Stash House and purchased 25 vials of ketamine from defendant SANGHA.

Overt Act No. 63:   On October 14, 2023, after obtaining the ketamine referenced in Overt Act No. 62 from defendant SANGHA, Co-Conspirator Fleming drove back to Victim M.P.'s residence located in Los Angeles County and delivered the ketamine to Co-Conspirator Iwamasa.

Overt Act No. 64:   On October 23, 2023, Co-Conspirator Iwamasa sent a text message to Co-Conspirator Fleming requesting to purchase more ketamine, stating: "Can we do same as last time again over next 2 days?"

Overt Act No. 65:   On October 23, 2023, in response to the text message referenced in Overt Act No. 64, Co-Conspirator Fleming confirmed he could obtain more ketamine, stating: "It will be same product. You want same amount? Put the 5500 together asap and ill come get it as soon as possible to get it all done tonight."

Overt Act No. 66:   On October 23, 2023, Co-Conspirator Fleming traveled to Victim M.P.'s residence and picked up approximately $6,000 in cash from Co-Conspirator Iwamasa, which would be used to pay defendant SANGHA for additional ketamine.

**Defendant SANGHA and Co-Conspirator Fleming Sell Ketamine that Co-Conspirator Iwamasa Uses to Inject Victim M.P., Killing Him**

Overt Act No. 67:   On October 24, 2023, based on information from defendant SANGHA, Co-Conspirator Fleming sent text message updates to Co-Conspirator Iwamasa about the delivery and timing of the ketamine, including stating that defendant SANGHA's ketamine source -- which defendant SANGHA referred to as the "master chef" and

1  "scientist" -- would make the supply available, and that the ketamine

2  was "on its way to our girl," referring to defendant SANGHA.

3       Overt Act No. 68:   On October 24, 2023, Co-Conspirator Fleming

4  traveled to the SANGHA Stash House and purchased 25 vials of ketamine

5  from defendant SANGHA in exchange for cash.  As part of the

6  transaction, defendant SANGHA included ketamine lollipops as an "add

7  on" for Victim M.P.'s large ketamine order.

8       Overt Act No. 69:   On October 24, 2023, Co-Conspirator Fleming

9  traveled to Victim M.P.'s residence with the ketamine referenced in

10  Overt Act No. 68 and delivered to Co-Conspirator Iwamasa.

11      Overt Act No. 70:   On October 24, 2023, Co-Conspirator Iwamasa

12  administered at least 6 shots of ketamine to Victim M.P.

13      Overt Act No. 71:   On October 25, 2023, defendant SANGHA

14  reached out to Co-Conspirator Fleming about anticipated future

15  transfers of ketamine to Victim M.P., stating: "Please let me know if

16  u think There will be another round because the scientist he'll be

17  gone as well . . . I'll have to know ahead of time to get that sorted

18  out before we leave."

19      Overt Act No. 72:   On October 25, 2023, Co-Conspirator Iwamasa

20  administered at least 6 shots of ketamine to Victim M.P.

21      Overt Act No. 73:   On October 26, 2023, Co-Conspirator Iwamasa

22  administered at least 6 shots of ketamine to Victim M.P.

23      Overt Act No. 74:   On October 27, 2023, Co-Conspirator Iwamasa

24  administered at least 6 shots of ketamine to Victim M.P.

25      Overt Act No. 75:   On October 28, 2023, using syringes provided

26  by defendant PLASENCIA, Co-Conspirator Iwamasa injected Victim M.P.

27  with at least 3 shots of the ketamine Co-Conspirator Iwamasa received

28

from Co-Conspirator Fleming and defendant SANGHA, which resulted in
the death and serious bodily injury of Victim M.P.

### Defendant SANGHA Directs Co-Conspirator Fleming To Delete Evidence
### After Learning About Victim M.P.'s Death

Overt Act No. 76:    On October 28, 2023, after she learned about
Victim M.P.'s death from news reports, defendant SANGHA called Co-
Conspirator Fleming using the Signal application to discuss the co-
conspirators distancing themselves from selling ketamine to Victim
M.P. by, among other things, deleting digital evidence on their cell
phones.

Overt Act No. 77:    On October 28, 2023, defendant SANGHA
updated the setting on the Signal application to automatically delete
her messages with Co-Conspirator Fleming and instructed Co-
Conspirator Fleming, "Delete all our messages."

🕐 😈 Jas set disappearing message time to 1 hour.

Delete all our messages    2m ⏱

Yes    2m ⏱ ✅

Overt Act No. 78:    On October 30, 2023, using the Signal
encrypted messaging application, Co-Conspirator Fleming sent the
following text message to defendant SANGHA: "Please call . . . Got
more info and want to bounce ideas off you.  I'm 90% sure everyone is
protected. I never dealt with [Victim M.P.]. Only his Assistant. So
the Assistant was the enabler. Also they are doing a 3 month tox
screening ... Does K stay in your system or is it immediately flushed
out[?]"

COUNT TWO

[21 U.S.C. § 856(a)(1)]

[DEFENDANT SANGHA]

Beginning on a date unknown, but not later than in or around June 14, 2019, and continuing to March 19, 2024, in Los Angeles County, within the Central District of California, defendant JASVEEN SANGHA, also known as the "Ketamine Queen," knowingly opened, leased, rented, used, and maintained a place, that is, the SANGHA Stash House located in North Hollywood, California, for the purpose of manufacturing, storing, and distributing controlled substances, including methamphetamine, a Schedule II controlled substance, and ketamine, a Schedule III controlled substance.



1

                                   COUNT THREE

2

            [21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i); 18 U.S.C. § 2(b)]

3

                                [DEFENDANT SANGHA]

4

        On or about August 26, 2019, in Los Angeles County, within the

5

   Central District of California, defendant JASVEEN SANGHA, also known

6

   as the "Ketamine Queen," knowingly and intentionally distributed, and

7

   willfully caused to be distributed, ketamine, a Schedule III

8

   controlled substance.

COUNTS FOUR THROUGH TEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i)]

[DEFENDANT PLASENCIA]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant SALVADOR PLASENCIA, also known as "Dr. P," while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed ketamine, a Schedule III controlled substance:

| Count | Date |
|---|---|
| FOUR | 9/30/23 |
| FIVE | 10/2/23 |
| SIX | 10/4/23 |
| SEVEN | 10/6/12 |
| EIGHT | 10/8/23 |
| NINE | 10/10/23 |
| TEN | 10/12/23 |

COUNT ELEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i); 18 U.S.C. § 2(a)]

[DEFENDANT SANGHA]

On or about October 13, 2023, in Los Angeles County, within the Central District of California, defendant JASVEEN SANGHA, also known as the "Ketamine Queen," and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and intentionally distributed ketamine, a Schedule III controlled substance.

COUNT TWELVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i); 18 U.S.C. § 2(a)]

[DEFENDANT SANGHA]

On or about October 14, 2023, in Los Angeles County, within the Central District of California, defendant JASVEEN SANGHA, also known as the "Ketamine Queen," and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and intentionally distributed ketamine, a Schedule III controlled substance.

COUNT THIRTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i); 18 U.S.C. § 2(a)]

[DEFENDANT SANGHA]

On or about October 24, 2023, in Los Angeles County, within the Central District of California, defendant JASVEEN SANGHA, also known as the "Ketamine Queen," and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and intentionally distributed ketamine, a Schedule III controlled substance, the use of which resulted in the death and serious bodily injury of Victim M.P. on or about October 28, 2023.

COUNT FOURTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i)]

[DEFENDANT SANGHA]

On or about March 18, 2024, in Los Angeles County, within the Central District of California, defendant JASVEEN SANGHA, also known as the "Ketamine Queen," knowingly and intentionally distributed ketamine, a Schedule III controlled substance.

COUNT FIFTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT SANGHA]

On or about March 19, 2024, in Los Angeles County, within the Central District of California, defendant JASVEEN SANGHA, also known as the "Ketamine Queen," knowingly and intentionally possessed with intent to distribute at least 500 grams, that is, approximately 1,409.7 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

COUNT SIXTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i)]

[DEFENDANT SANGHA]

On or about March 19, 2024, in Los Angeles County, within the Central District of California, defendant JASVEEN SANGHA, also known as the "Ketamine Queen," knowingly and intentionally possessed with intent to distribute ketamine, a Schedule III controlled substance.

COUNT SEVENTEEN

[18 U.S.C. § 1519]

[DEFENDANT PLASENCIA]

On or before February 27, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendant SALVADOR PLASENCIA, also known as "Dr. P," knowingly altered and falsified a document and record with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the United States, and in relation to and in contemplation of such matter. Specifically, in response to a legal request to produce documents, defendant PLASENCIA provided a falsified document purportedly showing the medical treatment plan for Victim M.P. that included a list of specific medical services provided and maximum dose of the ketamine defendant PLASENCIA purportedly provided: "(Max dose / 24 hr 60 mg)," when in fact, as defendant PLASENCIA then well knew, defendant PLASENCIA injected Victim M.P. with ketamine dosages far in excess of 60 milligrams, and Victim M.P. did not agree to purchase the listed medical treatments and instead agreed to purchase bottles of ketamine from defendant PLASENCIA.

COUNT EIGHTEEN

[18 U.S.C. § 1519]

[DEFENDANT PLASENCIA]

On or before March 1, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendant SALVADOR PLASENCIA, also known as "Dr. P," knowingly altered and falsified documents and records with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the United States, and in relation to and in contemplation of such matter.  Specifically, in response to a legal request to produce documents, defendant PLASENCIA provided falsified and altered treatment notes for Victim M.P., including the following: in all notes, defendant PLASENCIA failed to document transfers of ketamine for self-administration, when in fact, as defendant PLASENCIA well knew, he sold ketamine to Co-Conspirator Kenneth Iwamasa and/or Victim M.P. for self-administration at least seven times in September and October of 2023; in notes dated October 1, 2023, defendant PLASENCIA claimed that "P[atient] adamant I leave ketamine solution for later use . . .  Informed pt. that he should be monitored by physician when undergoing treatment as a safety measure. Empty vials of used solution may have been placed in waste bin," when in fact, as defendant PLASENCIA then well knew, defendant PLASENCIA offered to leave ketamine vials with Victim M.P. and did, in fact, do so on or about September 30, 2023; in notes dated October 7, 2023, defendant PLASENCIA claimed that "P[atient] scheduled to meet for treatment session but was not present," when in fact, as defendant PLASENCIA well knew at the time, defendant PLASENCIA arranged to meet Co-Conspirator Iwamasa without Victim M.P. present at around midnight

31

on October 7, 2023 to sell Co-Conspirator Iwamasa ketamine in exchange for $6,000, and that meeting did, in fact, occur, on a public street in Santa Monica, California, at approximately 12:30 a.m. on October 8, 2023.

1

FORFEITURE ALLEGATION

2

[21 U.S.C. § 853; 18 U.S.C. § 924; 28 U.S.C. § 2461(c)]

3   1.   Pursuant to Rule 32.2(a) of the Federal Rules of Criminal

4   Procedure, notice is hereby given that the United States of America

5   will seek forfeiture as part of any sentence, pursuant to Title 21,

6   United States Code, Section 853, in the event of any defendant's

7   conviction of the offenses set forth in any of Counts One through

8   Sixteen of this Indictment.

9   2.   Any defendant so convicted shall forfeit to the United

10  States of America the following:

11       (a)   All right, title and interest in any and all property,

12  real or personal, constituting or derived from, any proceeds which

13  the defendant obtained, directly or indirectly, from any such

14  offense;

15       (b)   All right, title and interest in any and all property,

16  real or personal, used, or intended to be used, in any manner or

17  part, to commit, or to facilitate the commission of any such offense;

18  and

19       (c)   All right, title, and interest in any firearm or

20  ammunition involved in or used in any such offense; and

21       (d)   To the extent such property is not available for

22  forfeiture, a sum of money equal to the total value of the property

23  described in subparagraphs (a), (b), and (c).

24  3.   Pursuant to Title 21, United States Code, Section 853(p),

25  the defendant, if so convicted, shall forfeit substitute property if,

26  by any act or omission of the defendant, the property described in

27  the preceding paragraph, or any portion thereof: (a) cannot be

28  located upon the exercise of due diligence; (b) has been transferred,

33

1  sold to, or deposited with a third party; (c) has been placed beyond

2  the jurisdiction of the court; (d) has been substantially diminished

3  in value; or (e) has been commingled with other property that cannot

4  be divided without difficulty.

5

6                                        A TRUE BILL

7

8                                        ___/s/_____
                                         Foreperson

9

10 E. MARTIN ESTRADA
   United States Attorney

11

12

13 MACK E. JENKINS
   Assistant United States Attorney
   Chief, Criminal Division

14

15 SCOTT M. GARRINGER
   Assistant United States Attorney
   Deputy Chief, Criminal Division

16

17 IAN V. YANNIELLO
   Assistant United States Attorney
   Chief, General Crimes Section

18

19 HAOXIAOHAN CAI
   Assistant United States Attorney
   Major Frauds Section

20

21

22

23

24

25

26

27

28

34