UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:24-cr-00236-SPG-2 | Date: 08/15/2024 |
| Present: The Honorable: Alka Sagar, U.S. Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Alma Felix | 08/15/2024 | Ian Yanniello/Haoxiaohan Cai |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)  ✔ Present  In Custody | Attorneys for Defendants:  ✔ Present  DFPD |
|---|---|
| Salvador Plasencia | Jelani J. Lindsey |

Proceedings: Arraignment of Defendant and/or    ✔ Assignment of Case    Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Sherilyn Peace Garnett.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/08/2024 8:30 AM;
Status Conference: 08/28/2024 9:30 AM
* Government counsel provides trial estimate of 4-5 days.
* Judge Garnett is located in 5C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA         PSAED         PSASA
   ✔ USMLA         USMED         USMSA
     Statistics Clerk               Interpreter
     CJA Supervising Attorney      Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 02
Initials of Deputy Clerk: AF by TRB

CR-11A                Criminal Minutes – Arraignment                Page 1