1800 Case 2:24-cr-00236-SPG   Document 73   Filed 12/21/24   Page 1 of 1   Page ID #:334
Los Angeles, CA 90028
888-445-6313
Kgoldstein@klgcriminaldefense.com

RESET FORM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America <br> **PLAINTIFF** <br> v. <br> Salvador Plasencia <br> **DEFENDANT(S).** | CASE NUMBER <br> CR 24-236-SPG-2 <br><br> **DESIGNATION AND APPEARANCE OF COUNSEL** |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Karen L. Goldstein, Esq. (as co-counsel with Debra S. White), Esquire, as my attorney to appear for me throughout all proceedings in this case.

12/16/2024
*Date*

*Defendant's Signature*

Calabasas, California
*City and State*

## APPEARANCE OF COUNSEL

I, Karen L. Goldstein, Esq. (as co-counsel with Debra S. White) Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

12/16/24
*Date*

*Karen L. Goldstein*
*Attorney's Signature*

229965
*California State Bar Number*

1800 Vine Street
*Street Address*

Los Angeles, CA 90028
*City, State, Zip Code*

888-445-6313      323-467-7229
*Telephone Number*   *Fax Number*

Kgoldstein@klgcriminaldefense.com
*E-mail Address*