**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - CHANGE OF PLEA**

Case No.: CR 24-236-SPG-2 _____    Date: __July 23, 2025_____

Present: The Honorable  Sherilyn Peace Garnett _____ , ☑ District Judge / ☐ Magistrate Judge

| Patricia Gomez | Maria Bustillos | N/A | Ian Yanniello |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

Salvador Plasencia _____
☐ Custody ☑ Bond ☐ O/R

_____
☐ Custody ☐ Bond ☐ O/R

_____
☐ Custody ☐ Bond ☐ O/R

_____
☐ Custody ☐ Bond ☐ O/R

_____
☐ Custody ☐ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Karen Goldstein _____
☐ Appointed ☑ Retained

Debra White _____
☐ Appointed ☑ Retained

_____
☐ Appointed ☐ Retained

_____
☐ Appointed ☐ Retained

_____
☐ Appointed ☐ Retained

**PROCEEDINGS:  CHANGE OF PLEA**

☑  Defendant moves to change plea to the First Superseding Indictment.
☑  Defendant now enters a new and different plea of Guilty to Count(s) _6, 8, 9, and 10_____ of the First Superseding Indictment.

☑  The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑  The Court refers the defendant to the Probation Office for investigation and report and continues the matter to _December 3, 2025 at 11:00 a.m._____ for sentencing.
☑  The Court vacates the court and/or jury trial date.
☐  The pretrial conference set for _August 6, 2025_____ is off calendar as to defendant _Salvador Plasencia_____ .
☑  Court orders:
    For reasons stated on the record defendant remains on bond.

☑  Other: The parties stipulate on the record to a minor typographical error found on the plea agreement filed at ECF No. [76]. The location of defendant's urgent care clinic is Calabasas, not Malibu, and part of the Central District of California. The parties agree no further amendment is necessary.

_____ :   45_____

Initials of Deputy Clerk  PG _____

cc:   *Probation Office*