**DEBRA WHITE CRIMINAL DEFENSE SPECIALISTS**
Debra S. White (SBN 202778)
26565 Agoura Rd, Ste 200
Calabasas, CA 91302
Telephone: 310.424.5010
Email: debra@dwhitecriminaldefense.com

**LAW OFFICES OF KAREN L. GOLDSTEIN**
Karen L. Goldstein (SBN 229965)
1800 Vine Street
Los Angeles, CA 90028
Telephone: 888.445.6313
Email: kgoldstein@klgcriminaldefense.com

Attorneys for Defendant
SALVADOR PLASENCIA

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SALVADOR PLASENCIA,<br><br>  Defendant. | CASE NO. CR 24-236(A)-SPG-2<br><br>**NOTICE OF ERRATA (Dkt. 90)**<br><br>**Before the Honorable Sherilyn Peace Garnett** |

TO THE HONORABLE JUDGE GARNETT AND ASSISTANT UNITED STATES ATTORNEYS IAN YANNIELLO AND HAOXIAOSHAN CAI:

Defense counsel, Debra S. White and Karen L. Goldstein, on behalf of Salvador Plasencia, herein files its Notice of Errata. On November 5, 2025, defense counsel filed Defendant Salvador Plasencia's Objections to the Presentence Report. (Dkt. 90). The title page of these objections indicates that the pleading was filed under seal. (*Id*.) Defense counsel has not requested for this pleading to be filed under seal. Therefore,

NOTICE OF ERRATA

defense respectfully requests for the record to be corrected to reflect that Defendant Salvador Plasencia's Objections to the Presentence Report have not been filed under seal.

Dated: November 6, 2025

Respectfully submitted,
/s/ Karen L. Goldstein
DEBRA S. WHITE
KAREN L. GOLDSTEIN
Attorneys for Salvador Plasencia