# Exhibit H

# Paul Wender MD
# Curriculum Vitae
# 4-20-25

| | |
|---|---|
| Certification | California Medical License G076861<br>National Board of Medical Examiners<br>American Board of Anesthesiology: Board Certified |
| Education | Vanderbilt University '83, Nashville, Tennessee<br>Bachelor of Science<br>Major: Molecular Biology<br><br>San Francisco State University '87, San Francisco, CA<br>Master of Arts<br>Major: Biology<br><br>Emory University School of Medicine '91<br>M.D. May 1991 |
| Internship | Internal Medicine, Kaiser Foundation Hospital, Oakland, CA<br>1991-1992 |
| Anesthesia Training | Residency, University of California, San Francisco, 1992-95<br>Basic anesthesia training in all subspecialty areas including trauma, pain management, regional anesthesia and critical care. Advanced anesthesia training in cardiothoracic surgery, neurosurgery, organ transplantation, trans-esophageal echocardiography, obstetrics and pediatrics. |
| Pre-Medical Employment | June 82- Aug. 82  Dept. of Molecular Biology, Vanderbilt University.<br>Sept. 83- July 84  Co-Owner TNT Construction Co. Nashville, TN.<br>Aug. 84-July 85    Department of Genetics, Univ. of GA, Athens, GA.<br>June  86- Aug. 86  Department of Biology, San Francisco State Univ. |
| Research Experience | June 82-Aug. 82 Investigation of  replication of DNA in T4 bacteriophage using molecular genetic approach.  Department of Molecular Biology, Vanderbilt University. |

|   |   |
|---|---|
|   | August 85-June 86 Investigation of regulation of expression of biochemical pathways in Pseudomonas using molecular genetic and biochemical approach. Department of Genetics, University of Georgia. |
|   | June 86-Aug. 86 Investigation of neurohormonal and peptide neurotrasmitter regulation of behavior in Aplysia california. Department of Biology, San Francisco State University. |
| Anesthesia Employment | Staff Anesthesiologist, Cedars-Sinai Medical Center, Los Angeles, CA.1996-2001. Paticipated in general OR, pediatric anesthesia, obstetrical anesthesia, and pain managment. |
|   | Assistant Clinical Professor, Dept. of Anesthesia, UCSF., Staff Anesthesiologist San Francisco General Hospital 2001 –2005 |
|   | Los Altos Surgery Center, Los Altos, CA 2003-2020 |
|   | ABJ Surgery Center 2003-2020 |
|   | Mid Peninsula Plastic Surgery Center 2002-2004 |
|   | Bay Area Surgery Center 2001-2003 |
|   | Dominican Hospital, Santa Cruz, CA 98-2001 |
|   | Bay Area Anesthesia Management Group 2009-2021 |
| Current Employment | Founder and CEO of Bay Area Ketamine Center 2016-2025 Founder of first and largest ketamine center in Northern California. Has given over 7000 ketamine infusions for mood and chronic pain conditions. |
|   | November 24-2025t. Open Mind Collective, San Francisco, CA  - Study staff member for Beckley study BPL-003-201 |
| Publications | Anesthesia Drug Manual, editor Paul White M.D., Phd. Chapter 12,"Benzodiazepines". |
| Personal Information | [redacted] |
|   | Interests: Windsurfing, Surfing, Running, Snowboarding, Skiing, Biking, Reading, Writing |