# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No.: | CR 24-00236-SPG-2 | | Date: | December 3, 2025 |
|---|---|---|---|---|

Present: The Honorable  **SHERILYN PEACE GARNETT, United States District Judge**

Interpreter:

| Patricia Gomez | Maria Bustillos | Ian Yanniello<br>Haoxiaohan Cai |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Salvador Plascencia | √ | √ | | Debra White | √ | | √ |
| | | | | Karen Goldstein | √ | | √ |

**Proceedings:**    SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant informed of his right to appeal.

Defendant ordered into custody.  Remand order emailed to USM cellblock.

|  | 1 | : | 49 |
|---|---|---|---|

Initials of Deputy Clerk   PG