Name Salvador Plasencia, Register #30647-511

Address Metropolitan Detention Center (MDC)

City, State, Zip Los Angeles, CA 90012

Phone

Fax

E-Mail

☐ FPD   ☐ Appointed   ☐ CJA   ☒ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States

PLAINTIFF(S),

v.

Salvador Plasencia

DEFENDANT(S).

CASE NUMBER:

CR 24-236-SPG

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____ Salvador Plasencia _____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☒ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___ December 3, 2025 ___ . Entered on the docket in this action on ___ December 4, 2025 ___ .

A copy of said judgment or order is attached hereto.

12/16/25

Date

Signature
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).