FILED

DEC 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>  v.<br><br>SALVADOR PLASENCIA, AKA Dr. P,<br><br>  Defendant - Appellant. | No. 25-7908<br><br>D.C. No.<br>2:24-cr-00236-SPG-2<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 3) by retained counsel Karen L. Goldstein and Debra S. White to withdraw as counsel of record is granted. The clerk will terminate counsel from the docket.

The motion (Docket Entry No. 3) to appoint counsel is also treated as a motion to proceed in forma pauperis and is granted conditionally, subject to appellant showing financial eligibility. Within 14 days of identifying counsel, the appointing authority for the Central District of California is requested to send counsel's contact information to counselappointments@ca9.uscourts.gov.

Within 35 days of being appointed, counsel must file a completed Form 23 on appellant's behalf. If the form shows appellant is indigent, appellant's in forma pauperis status and counsel's appointment will continue without further order of the court.

Counsel must order the transcript by January 20, 2026. The transcript is due February 19, 2026. The opening brief is due April 2, 2026. The answering brief is due May 4, 2026. The optional reply brief is due within 21 days after service of the answering brief.

The clerk will serve this order on former counsel, the district court, and appellant individually.